WILLIAM D. DALLENBACH, PLAINTIFF, v. FRANK J. HINE-
LINE AND THE CAMDEN LIME COMPANY, DEFEND-
ANTS.

Submitted May term, 1931—Decided October 7, 1931.

Before Justices CAMPBELL, LLOYD and BODINE.

For the rule, *Curry & Purnell* (*Edward T. Curry,* of
counsel).

*Contra, Quinn, Parsons & Doremus* (*John J. Quinn,* of
counsel).

PER CURIAM.

This is defendant's rule for new trial and the single reason
urged for making it absolute is that the damages are exces-
sive. The plaintiff, a young man twenty-three years of age,
received through the negligence of the defendant an injury
to his left shoulder, lacerations of the hand, a fracture of
the left forearm and an injury to his private parts resulting
in a permanent stricture of the urethra. He received a ver-
dict of $10,000.

While the verdict is high, we think it is not so clearly
excessive that it should be disturbed. The proofs were that
he suffered severe pains; that his left arm was seriously im-
paired in its usefulness and that there was a permanent
stricture of the urethra which required a periodical expand-
ing of that organ to permit the passage of the urine; that
this was always painful and that even the passage of urine

itself was a painful experience. We are not prepared to say that for such injuries, both of which were permanent in their effects, we should either grant a new trial or reduce the amount as a condition of refusing a new trial.

The rule is discharged.